UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Shelley Windos,

Debtor.

Case No.:  24-11344-MBK

Chapter:  13

Hearing Date:  06/12/2024

Judge:  Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled    ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation

_____

Date: 06/11/2024

/s/ Denise Carlon
Signature

*rev.8/1/15*