UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Suite 3
Freehold, NJ 07728
(732) 333-0681
Attorneys for Debtor

In Re:

Shelley D. Windos,

Debtor.

Case No.:     24-11344

Chapter:     13

Hearing Date:   October 9, 2024

Judge:     Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled            ☒ Withdrawn

Matter: Doc No.: 33 - Debtor's Certification in Opposition to Trustee's Motion to Dismiss.

_____

Date: 10/8/2024            /s/ Frances A. Tomes, Esq.
                           Signature

*rev.8/1/15*